AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00004 |
| Thomas Uberto | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 01/04/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building |
| 40 U.S.C. § 5104(e)(2)(D)- | Violent Entry and Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brian Callanan, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/05/2022

*Judge's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*